# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY HATCHER

NO. 2019 KW 0907

**SEP 17 2019**

---

In Re:    Anthony Hatcher, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-09-0888.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

                              VGW
                              JMG
                              WJC

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*

DEPUTY CLERK OF COURT
    FOR THE COURT